**Opinion filed January 10, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00312-CV

_____

## JOY MARAIO-WILHOIT, Appellant

## V.

## RONALD EDWIN WILHOIT, Appellee

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. FM 61934**

## M E M O R A N D U M   O P I N I O N

Joy Maraio-Wilhoit timely filed a pro se notice of appeal on November 8, 2018, from an agreed final decree of divorce. When the appeal was filed, the clerk of this court requested that Appellant forward the $205 filing fee and a docketing statement to this court on or before November 26, 2018. We notified Appellant by letter dated December 10, 2018, that the filing fee and docketing statement were past due. In that letter, we directed Appellant to pay the $205 filing fee and file the docketing statement on or before December 17, 2018, and we informed Appellant

that failure to do so "**may result in dismissal of the case**."  As of this date, Appellant has not remitted the filing fee or the docketing statement.

Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal.  *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

January 10, 2019

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.

2